

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LORNA SARGENT,

                      Plaintiff,

vs.

MICHAEL LANG, d/b/a WOODSTOCK 1999
MUSIC FESTIVAL, WOODSTOCK-99 LLC,
WOODSTOCK VENTURES, INC., OGDEN
CORPORATION, OGDEN ENTERTAINMENT,
METROPOLITAN ENTERTAINMENT GROUP,
JOHN SHER, ARROW TECH SECURITY LTD.,
METROPOLITAN ENTERTAINMENT COMPANY,
CONCERT SERVICES, INC., FJE SECURITY CORP.,
GLOBE INVESTIGATION AND SECURITY
SERVICE, INC. AND PORT-A-JOHN SYSTEMS, INC.

                      Defendants.

**STIPULATION DISCONTINUING ACTION**

Docket No.: 00-CV-0463 (DNH)/(DEP)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 16 2002
AT_____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, except Arrow Tech Security Ltd. and Globe Investigations and Security Service, Inc., that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without

further notice with the clerk of the court.

DATED: December _____, 2001

| FELT EVANS, LLP | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| By: *[signature]* <br> Jay G. Williams III <br> Bar Roll 501318 <br> Attorneys for Plaintiffs <br> Office and P. O. Address <br> 4-6 North Park Row <br> Clinton, New York 13323 <br> (315) 853-4436 | By: *[signature]* <br> Jennifer R. Oxman <br> Bar Roll 508595 <br> Attorneys for Defendants, Lang, Woodstock Ogden, Metropolitan, Sher <br> Office and P. O. Address <br> 150 East 42nd Street <br> New York, New York 10017 <br> (212) 490-3000 |
| RYAN & SMALLACOMBE, PLLC | LAW OFFICE OF JOSEPH CALLERY |
| By: *[signature]* <br> John F. Moore <br> Bar Roll 105188 <br> Attorneys for Defendant, FJE Security <br> Office and P. O. Address <br> 102 Hackett Boulevard <br> Albany, New York 12209 <br> (518) 449-5501 | By: *[signature]* <br> Thomas P. Carala <br> Bar Roll 502664 <br> Attorneys for Defendant Port-a-John <br> Office and P. O. Address <br> P. O. Box 4790 <br> Syracuse, New York 13221 <br> (315) 431-6600 |

SO ORDERED

_____

SO ORDERED

*[signature]*

David E. Peebles
U.S. Magistrate Judge
Dated: 1/15/02
Syracuse, New York