UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

Lorna Sargent,

        vs.                                  Civil No. 5:00-CV-463

Michael Lang, et al.
_____

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action is settled via the attached letter from Attorney Jay G. Williams, III dated September 23, 2002. Therefore, it is not necessary that this action remain upon the calendar of the Court.

**IT IS ORDERED** that the above entitled action is hereby dismissed without prejudice in accordance with the terms of the settlement agreement. The Court retains complete jurisdiction to vacate this Order and to reopen the action should it be deemed that further litigation is necessary.

**IT IS FURTHER ORDERED** that the Clerk shall forthwith serve copies of this Judgment by United States Mail upon the attorneys for the parties appearing in this action.

Dated this 26th, day of September, 2002 at Utica, New York.

_____
Honorable David N. Hurd
District Judge, NDNY